UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR622-010 |
| | ) | |
| NICHOLAS R. FILLMORE | ) | |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

**Laura G. Hastay** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Laura G. Hastay** be granted leave of absence for the following periods: February 5, 2024 through February 7, 2024.

**ORDERED**, this the 31st day of January, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA